UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

| | |
|---|---|
| | Hearing Date:   April 03, 2014 |
| Cindy Lou Rich-Sheets | Hearing Time:   12:15pm |
| ( SSN: XXX-XX-1481 ) | Hearing Location:   Albany |
| Debtor. | |
| | Case No. 13-10283 |
| | Chapter 13 |

TRUSTEE'S NOTICE OF MOTION AND MOTION TO DISMISS

    PLEASE TAKE NOTICE that the undersigned Trustee will move this Court for an Order dismissing this case.  Said motion shall be heard at the United States Bankruptcy Court, James T. Foley Courthouse, 445 Broadway, Suite 306, Albany, NY  12207 on April, 03, 2014 at 12:15pm.

    The undersigned Trustee hereby moves pursuant to Section 1307(c) of the Bankruptcy Code (11 U.S.C. 1307) that an order be entered dismissing this case for the following cause:

    -Default in payments under the terms of the proposed/confirmed plan.

    (Debtor information available at www.13datacenter.com)

**PURSUANT TO BANKRUPTCY RULE 9014 AND LOCAL RULE 9013-4, IF YOU INTEND TO OPPOSE THIS MOTION, YOU MUST SERVE ON THE CHAPTER 13 TRUSTEE, AND FILE WITH THE COURT OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION NO LATER THAN SEVEN (7) DAYS PRIOR TO THE RETURN DATE OF THIS MOTION. IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE, AND THE COURT WILL CONSIDER THE MOTION AS UNOPPOSED.**

| | |
|---|---|
| Dated:   March 13, 2014 | /s/ Andrea E. Celli |
| | Andrea E. Celli |
| | Chapter 13 Standing Trustee |
| | 7 Southwoods Blvd. |
| | Albany, NY  12211 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:   Cindy Lou Rich-Sheets | **AFFIDAVIT OF SERVICE** |
| | Case No.: 13-10283 |
| Debtor | |

CORRI CORNING, BEING DULY SWORN, DEPOSES AND SAYS: THAT SHE IS OVER THE AGE OF 18 YEARS; THAT SHE SERVED A COPY OF **TRUSTEE'S NOTICE OF MOTION AND MOTION TO DISMISS** DATED MARCH 13, 2014 ON THE FOLLOWING MANNERS: ON MARCH 13, 2014.

**VIA ELECTRONIC FILING:**

Office of the United States Trustee
74 Chapel Street
Albany, NY  12207

MICHAEL J TOOMEY, ESQ
TOOMEY & GALLAGHER
ONE SOUTH WESTERN PLAZA
GLENS FALLS, NY  12801

**VIA REGULAR U.S. MAIL**

Cindy Lou Rich-Sheets
PO Box 200
Hartford, NY  12838

BY DEPOSTING A TRUE AND CORRECT COPY OF THE SAME PROPERLY ENCLOSED IN A POST-PAID WRAPPER IN THE OFFICIAL DEPOSITORY MAINTAINED AT  7 SOUTHWOODS PLAZA, ALBANY, NEW YORK DIRECTED TO SAID PERSON(S), AT SAID ADDRESSES.

/s/ CORRI CORNING
CORRI CORNING

Sworn before me this
13th day of March, 2014

/s/ Sandra Spring
Reg. # 4955344
Notary Public - State of NY
Qualified in Rensselaer County
My Comission Expires 08/28/2017