# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, NY  12211

| | | |
|---|---|---|
| Andrea E. Celli<br>Trustee<br>Bonnie S. Baker, Esq.<br>Associate Attorney | Telephone: 518-449-2045<br>Facsimile: 5184492473 | For payments Only:<br>Chapter 13 Standing Trustee<br>P.O. Box 1918<br>Memphis, TN  38101-1918 |

06/20/2014

Cindy Lou Rich-Sheets
PO Box 200
Hartford, NY,    12838


In Re:   Case No. 13-10283


To Whom it May Concern:

     This is to inform you that we have withdrawn the dismissal motion on the above noted case returnable 06/19/2014 at 12:15 p.m.

     Thank you for your anticipated cooperation.  If there are any questions, please feel free to contact this office.

Sincerely,

/s/ Andrea E. Celli
Andrea E. Celli
Chapter 13 Standing Trustee