# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

Andrea E, Celli
Chapter 13 Standing Trustee
7 Southwoods Boulevard
Albany, New York 12211

---

## NOTICE OF AMENDED CLAIM

---

| | |
|---|---|
| Debtor(s): | Cindy Lou Rich-Sheets<br>PO Box 200<br>Hartford, NY 12838 |
| Attorney: | MICHAEL J TOOMEY, ESQ<br>THE TOOMEY LAW FIRM, PLLC<br>ONE SOUTH WESTERN PLAZA<br>GLENS FALLS, NY 12801 |
| Creditor: | NYS DEPT OF TAX & FIN<br>ATTN: A DESTEFANO<br>BANKRUPTCY UNIT, POB 5300<br>ALBANY, NY 12205-0300 |

Case Number: 13-10283                                   Date Claim Filed: September 24, 2015

Account #: 1481

Claim Amount:          $7906.63                         Creditor Type: Priority Crediors

   Pursuant to 11 USC 502(a), the claim noted above is deemed allowed unless an objection is made by the debtor or other parties interested. Distribution will be remitted to the above creditor based on the filed claim amount unles you or your attorney files a written objection with the Court **AND** the Chapter 13 Trustee's office within 45 days from the date of this notice. All written objections must be in compliance with Rule 9014 which mandates **NOTICE OF MOTION** form. Secured and Priority creditors will be paid in full. Unsecured creditors must receive the minimum percentage as set in the Confirmation Order and/or the Order if there is no objection to this amended claim your plan length and/or plan payments may have to increase. If the amended claim is so large as to render your plan infeasible, your case will be subject to dismissal.

Date: <u>October 01, 2015</u>                                                                       /s/ Andrea E. Celli

                                                                                                            Andrea E. Celli
                                                                                                 Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 13 |
| Cindy Lou Rich-Sheets | Case No.: 13-10283 |
| | **AFFIDAVIT OF SERVICE** |
| Debtor | |

VALERIE CESARE, BEING DULY SWORN, DEPOSES AND SAYS: THAT SHE IS OVER THE AGE OF 18 YEARS; THAT SHE SERVED A COPY OF THE NOTICE OF AMENDED CLAIM DATED OCTOBER 01, 2015 ON THE FOLLOWING MANNERS: ON OCTOBER 01, 2015.

**VIA ELECTRONIC FILING:**

MICHAEL J TOOMEY, ESQ
THE TOOMEY LAW FIRM, PLLC
ONE SOUTH WESTERN PLAZA
GLENS FALLS, NY  12801

Office of the United States Trustee
74 Chapel Street
Albany, NY  12207

NYS DEPT OF TAX & FIN
ATTN: A DESTEFANO
BANKRUPTCY UNIT, POB 5300
ALBANY, NY  12205-0300

**VIA REGULAR U.S. MAIL:**

Cindy Lou Rich-Sheets
PO Box 200
Hartford, NY  12838

**VIA CERTIFIED MAIL:**

BY DEPOSTING A TRUE AND CORRECT COPY OF THE SAME PROPERLY ENCLOSED IN A POST-PAID WRAPPER IN THE OFFICIAL DEPOSITORY MAINTAINED AT 7 SOUTHWOODS PLAZA, ALBANY, NEW YORK DIRECTED TO SAID PERSON(S), AT SAID ADDRESSES.

/s/ VALERIE CESARE
VALERIE CESARE

Sworn before me this
1st day of October, 2015

/s/ Sandra Spring
Reg. # 4955344
Notary Public - State of NY
Qualified in Rensselaer County
My Comission Expires 08/28/2017